UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ARTHUR O. ARMSTRONG, ) | |
|         Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:12-CV-808-F |
| ) | |
| ALLIANCE MAZDA KIA, ) | |
|         Defendant. ) | |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Court Accepts the Memorandum and Recommendation, thereby DISMISSING the complaint and denying Motion for Leave to File; adopting Report and Recommendations; denying Motion for Summary Judgment; denying Motion for Leave to File, all as moot. The plaintiff shall pay sanctions in the amount of $350.00 in each case, for a total of $1,400.00. The Plaintiff shall show cause why the attached superseding injunction should not be entered. Show cause response due within twenty-one (21) days of this order. Until the sanctions provided for in this order are paid in full, Armstrong may not file any additional actions in this court, nor may he file additional documents in the other captioned actions as listed in this order, other than his response to the order to show cause.

**This Judgment Filed and Entered on February 28, 2013, and Copies To:**

Arthur O. Armstrong (8113 Pleasant Hill Road, Elm City, NC 27822)

| | |
|---|---|
| DATE | JULIE A. RICHARDS, CLERK |
| February 28, 2013 | /s/ Susan K. Edwards |
| | (By) Susan K. Edwards, Deputy Clerk |